## UNITED STATES

v.

**Airman First Class Dean M. KASHIWA-BARA, FR 575–78–3210, United States Air Force.**

**ACM 22854.**

U. S. Air Force Court of Military Review.

Sentence Adjudged 12 May 1980.

24 Nov. 1980.

Appellate Counsel for the Accused: Colonel Larry G. Stephens, Major Robert G. Gibson, Jr., and Captain Luis E. Rivera, USAFR. Captain Mark A. Briedenbach filed a brief on behalf of the accused.

Appellate Counsel for the United States: Colonel James P. Porter and Captain Michael J. Hoover.

Before EARLY, C. J., and ARROWOOD and KASTL, JJ.

### DECISION

PER CURIAM:

In a single assignment of error, appellant argues that the court–martial convened to try his case lacked subject matter jurisdiction over one of the offenses charged.

That offense involved violation of a lawful general regulation by selling a dangerous drug–in this case, psilocybin–contrary to Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.

Basically, solicitation and negotiations concerning sale of the drug between two enlisted personnel occurred on base; transfer and payment occurred off base.

We find that on the facts of this case, subject matter jurisdiction clearly existed. *United States v. Trottier*, 9 M.J. 337 (C.M.A.1980); *United States v. Hardin*, 7 M.J. 399 (C.M.A.1979); *United States v. Carr*, 7 M.J. 339 (C.M.A.1979); *United States v. Strangstalien*, 7 M.J. 225 (C.M.A.1979).

Accordingly, the findings of guilty and the sentence are

AFFIRMED.